IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA S. KELLEY, dba PKELLEY ENTERPRISES, a California Company,<br><br>      Plaintiff,<br><br>  v.<br><br>EUROMARKIET DESIGNS, INC., dba CRATE & BARREL, INC., et al.,<br><br>      Defendants.<br>_____/ | No. Civ. S-07-0232 RRB EFB<br><br>**Memorandum of Opinion<br>      and Order** |

    Before the court is Defendant Crate & Barrel Inc.'s ("Crate & Barrel") Ex Parte Application ("Application") for an order shortening time on a motion to stay discovery pursuant to Rule Local Rule 6-144. Plaintiff Patricia Kelley ("Kelley") opposes the Application. After thoroughly considering the Application, the declaration submitted in support thereof and Kelley's opposition:

1

IT IS HEREBY ORDERED: that Crate & Barrel's Application is DENIED.  Crate & Barrel failed to provide a satisfactory explanation to justify the issuance of an order shortening time. Local Rule 6-144 (E.D. Cal. 2005).

IT IS SO ORDERED.

ENTERED this 19th day of November, 2007.

                                      s/RALPH R. BEISTLINE
                                      United States District Judge