IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA S. KELLEY d/b/a
PKELLEY ENTERPRISES,

     Plaintiff,                                      No. CIV S-07-0232 RRB EFB

     vs.

CRATE & BARREL, INC., et al.,

     Defendants.
_____/

AND RELATED COUNTERCLAIM
_____/

     This case was before the undersigned on February 27, 2008, for hearing on defendant Crate & Barrel's motion to compel further responses to interrogatories and requests for production of documents. Robert Milligan appeared as defense counsel and Scott Burroughs appeared as plaintiff's counsel. For the reasons stated on the record at the hearing, defendant's motion is granted in part and denied in part.

     Specifically, plaintiff is ordered to provide further verified responses to interrogatories nos. 14, 16, and 18 within fifteen days. Plaintiff's boilerplate objections, unsupported by a privilege log, are insufficient for purposes of Rules 33 and 26. However, defendant's motion to compel further a response to interrogatory no. 3 is denied, as it is an overbroad contention

1

interrogatory.[1]  *See Roberts v. Heim*, 130 F.R.D. 424, 427-28 (N.D. Cal. 1989) (noting that each interrogatory has to be judged in terms of its scope and overall context of the case at the time it is asked).  Defendant, however, may redraft the interrogatory into multiple interrogatories to reflect more particularized contentions.

Plaintiff is further ordered to provide supplemental responses to defendant's request for production of documents, nos. 36, 37, 39, 50, 53, 73, and 74, within fifteen days.  Plaintiff shall provide responses to the requests, as more precisely defined during meet and confer efforts and at the hearing.  To the extent plaintiff has no responsive documents in her possession, she shall provide a certification to that effect.

Plaintiff is further ordered to support any claim of privilege – with respect to these and any other discovery request – with a privilege log that accounts for each withheld document and complies with the requirements of Fed. R. Civ. P. 26(b)(5).

SO ORDERED.

DATED:  March 13, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's interrogatory no. 3 asks for "all facts supporting each [and] every contention in the complaint, answer and affirmative defenses."

2