1  Stephen M. Doniger, Esq. (SBN 179314)
2  Scott A. Burroughs, Esq. (SBN 235718)
   Email: scott@donigerlawfirm.com
3  DONIGER LAW FIRM APC
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538
   Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT
9         EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10  PATRICIA S. KELLEY,                 Case No.: CV 07-0232 RRB JAM (EFBx)
11
    Plaintiff,                          **ORDER ON PARTIES'**
12                                      **STIPULATION TO ALLOW FILING**
                                        **OF THIRD AMENDED**
13  vs.                                 **COMPLAINT**

14  CRATE & BARREL, INC.; et al.,       *[THIRD AMENDED COMPLAINT*
                                        *SUBMITTED CONCURRENTLY*
15                                      *HEREWITH*
    Defendants.
16

17

18

19

20

21

22

23

24

25

26  ///

27  ///

28
                                    1
                              PROPOSED ORDER

ORDER:

The Court has reviewed the **PARTIES' STIPULATION TO ALLOW FILING OF THIRD AMENDED COMPLAINT**, and, good cause appearing, hereby rules as follows:

1. The Third Amended Complaint lodged herewith shall be deemed filed;

2. Defendant shall have fourteen (14) days from the execution of this Order to file its responsive pleading;

3. ~~If a new pleading is not filed, the Answers, if any, currently on file to the Complaint shall be deemed to fully answer the Third Amended Complaint;~~

4. This stipulation shall not be deemed a waiver of any parties' rights, remedies, defenses, or positions with respect to the allegations of the Complaint or any amendment thereto.

SO ORDERED.

Dated: 5-28, 2008    By: _____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

2
PROPOSED ORDER