IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA S. KELLEY d/b/a
PKELLEY ENTERPRISES,

      Plaintiff,

vs.

CRATE & BARREL, INC., et al.,

      Defendants.
_____/

AND RELATED COUNTERCLAIM
_____/

No. CIV S-07-0232 JAM EFB

<u>ORDER</u>

      This action has previously been before the court on two separate occasions in connection with the parties' discovery disputes. On June 11, 2008, plaintiff filed a document, including an attached privilege log, in which she asked the court to either issue an order finding the log sufficient under Fed. R. Civ. P. 26(b)(5), or clarifying the requirements of the rule. Defendant filed a response to the document, objecting to the adequacy of the log. Neither document constitutes a motion contemplated by the Federal Rules of Civil Procedure, and the court will not issue an advisory opinions regarding the adequacy of a privilege log. To the extent the parties have a specific discovery dispute, they may make an appropriate motion, and notice it for hearing pursuant to the local rules. The parties shall comply with the local rules as to any such motion and they are specifically ordered to meet and confer as contemplated by Local Rule 37-

1

251. The court further admonishes the parties to use the meet and confer process to work toward completing discovery in this case rather than multiply proceedings through additional discovery motions.

SO ORDERED.

DATED: July 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE