Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
**DONIGER LAW FIRM APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA S. KELLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CRATE & BARREL, INC.; et al.,<br><br>Defendants. | Case No.:  CV 07-0232 JAM (EFB)<br><br>**ORDER ON PARTIES' STIPULATION TO CONTINUE HEARING DATE ON SPECIALLY-APPEARING DEFENDANT MARY ELLEN PUTIGNANO'S FED. R. CIV. P. 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION CURRENTLY SET FOR AUGUST 6, 2008 UNTIL AUGUST 20, 2008** |

1
[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

[PROPOSED] ORDER:

Upon review of the Stipulation submitted by the parties, and for good cause appearing, the following is hereby ORDERED:

I.   The hearing on specially-appearing Defendant Mary Ellen Putignano's Fed. R. Civ. P. 12(b)(20 Motion to Dismiss, currently set for August 6, 2008, is to be continued until August 20, 2008 at 9:00 a.m., with no further continuances of the hearing date to be requested by the parties to the above-mentioned stipulation.

II.   Service of Plaintiff's Opposition to the above Motion on Putignano, and Putignano's Reply on Plaintiff, will be by e-mail, with the service date effective as if said documents were personally served.

SO ORDERED.

DATE: July 18, 2008

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com