UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

Patricia S. Kelley

              v.          CASE NUMBER: CIV S-07-0232 JAM EFB

Euromarket Designs, Inc.

**XX --** **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE DEFENDANT'S OFFER OF JUDGMENT.**

Victoria C. Minor,
Clerk of the Court

ENTERED:  July 25, 2008

by:_/s/_NDDuong_____
NDDuong, Deputy Clerk